No. 02–8576. JANSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8578. GARCIA-BENAVIDES, AKA BENAVIDES-MURIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8582. FELDER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8583. GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–8585. CHERNABAEFF v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8586. CORTES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8587. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–8588. ESCARREGA-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8589. COLLINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8590. DESIR ET AL. v. HALL, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER, ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–8591. DE LA ROSA-AGUNDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8593. MANNING v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–8594. MORISSETT v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 02–8595. VALDOVINOS-SOLOACHE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 02–8596. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.